IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL ANDERSON, KARL JOHNSON, and NANCY VENNER,<br><br>    Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Defendant. | CV F 03-5010 AWI DLB<br><br>ORDER VACATING HEARING DATE OF APRIL 25, 2005, AND TAKING MATTER UNDER SUBMISSION |

    Plaintiffs have noticed for hearing and decision a motion for amendment to the Findings of Fact and a modification of the Judgement. The matter was scheduled for hearing to be held on April 25, 2005. Pursuant to Local Rule 78-230(c), Defendant was required to file either an opposition or a notice of non-opposition no later than April 11, 2005. Defendant failed to do so.

    Due to Defendant's failure to file a timely opposition or notice of non-opposition, Defendant is not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Plaintiffs' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

//

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 25, 2005, is VACATED, and no party shall appear at that time.  As of April 25, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: **April 20, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE