IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL ANDERSON, KARL JOHNSON, and NANCY VENNER,<br><br>  Plaintiff,<br><br>  v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>  Defendant. | CV F 03-5010 AWI DLB<br><br>ORDER VACATING HEARING DATE OF MAY 16, 2005, AND TAKING MATTER UNDER SUBMISSION |

    Defendants have noticed for hearing and decision a motion for stay of enforcement of the judgment and approval of a supersedeas bond.  The matter was scheduled for hearing to be held on May 16, 2005.   Plaintiffs have filed a notice of non-opposition to Defendants' motion so long as the supersedeas bond is set at 125% of the amended judgment.  The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 16, 2005,  is VACATED, and no party shall appear at that time.  As of May 16, 2005,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    May 10, 2005             /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE